**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00773-CMA

UNITED STATES OF AMERICA,

      Petitioner,

v.

JOHN HANSON, President, Nick's Liquors, Inc.

      Respondent.

---

**ORDER TO SHOW CAUSE**

---

The Court, having reviewed the Motion to Enforce Final Enforcement Order and Judgment filed by Petitioner United States of America, and finding good cause therein for the motion, hereby ORDERS:

That Respondent John Hanson, President, Nick's Liquors, shall appear before Judge Christine M. Arguello, in Courtroom A602 of the Arraj Courthouse, 901 19th Street, Denver, Colorado on **Thursday, August 30, 2012, at 8:30 AM**, to show cause why Respondent should not be held in civil contempt for failure to comply with the Order entered by this Court on May 31, 2012 (Doc. # 8);

That if Respondent has any defenses to present or motions to make as to why he should not be held in contempt of court for failure to comply with this Order, such defenses or motions, if any, shall be made in writing and filed with the Court and copies

served on the United States Attorney at least five (5) business days prior to the date of

the show cause hearing.

DATED this __10th__ day of August, 2012.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge